IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LARRY M. BANKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 11-cv-434-JPG** |
| ) | |
| **BRAYAN THOMAS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

  This action came before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 15). On June 12, 2012, Plaintiff was given an extension of time to pay the $350.00 filing fee in this case not later than July 12, 2012 (Doc. 18). This date has since passed and Plaintiff has not tendered the filing fee in full to this Court. As a result, **IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to comply with an order of this Court. **Fed.R.Civ.P.** 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $350 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED:   July 23, 2012**

                                                    *s/J. Phil Gilbert*
                                        **United States District Judge**